**Motion Granted; Judgment Set Aside and Remanded; and Memorandum Opinion filed September 12, 2023.**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

———————

## NO. 14-23-00296-CV

———————

### IN THE ESTATE OF MAE DELL IZARD

**On Appeal from the County Court at Law
Grimes County, Texas
Trial Court Cause No. 9104**

## MEMORANDUM OPINION

This appeal is from a final judgment signed March 9, 2023. On August 24, 2023, the parties filed a joint motion seeking to set aside the judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with a settlement agreement.[1] *See* Tex. R. App. P. 42.1(a)(2)(B) (noting that courts of appeals may, "[i]n accordance with an agreement signed by the parties or their attorneys and filed with the clerk, . . . set aside the trial court's judgment

———————

[1] The settlement agreement was subsequently filed on September 6, 2023 with a supplement to the joint motion.

without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the agreement"). The motion is granted.

We set aside the judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the settlement agreement. The parties' request to expedite issuance of the mandate is granted.

PER CURIAM

Panel Consists of Justices Jewell, Spain, and Wilson.